PASQUALE LEONE, as Administrator of the Estate of FILOMENA LEONE, Deceased, Respondent, v. GIUSEPPE CASTAGNA et al., Defendants, and ANTHONY PALLINI, Appellant.

(Submitted March 15, 1935; decided April 16, 1935.)

*Frank A. Bellucci* for appellant.

*Sidney J. Feltenstein* and *Maxim Ingber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.